**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Alfredo Rabi-Barrueto,

               Petitioner,

v.

David R. Rivas, Warden of the San Luis Detention Facility, et al.,

               Respondents.

No. CV 26-01708 PHX DWL (CDB)

**ORDER**

**IT IS ORDERED that** Respondent shall, no later than **April 24, 2026**, docket under seal a complete and unredacted copy of every document in every file and record maintained by the Department of Homeland Security and the Executive Office for Immigration Review regarding Petitioner, whose A Number is 213-259-463. Respondents shall provide each and every document recording or concerning each action taken by any government agency or officer with regard to the circumstances of Petitioner's apprehension and detention and any record of any hearing before or decision made by an Immigration Judge or immigration officer with regard to Petitioner. These documents shall include but are not limited to each Notice to Appear and every other notice served on Petitioner; each application for adjustment of status or withholding of removal filed by Petitioner; and each order by an immigration judge or an immigration officer or any other government officer adjudicating, resolving, denying, or dismissing any application for relief filed by Petitioner. Any document relating to the placement of Petitioner into expedited removal proceedings must also be produced.

The documents shall be accompanied by a sworn affidavit by counsel for Respondent Rivas that they have completely complied with this Order.

Dated this 8th day of April, 2026.

Camille D. Bibles
United States Magistrate Judge